IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DAVID MACDONALD <br> PLAINTIFF | * <br> * <br> * |
| V. | * <br> *    CASE NO. 4:18CV00811 SWW <br> * |
| USAA SAVINGS BANK <br> DEFENDANT | * <br> * |

## **ORDER**

Pursuant to the parties' stipulation of dismissal [ECF No. 14] this action is

DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 24TH DAY OF JUNE, 2019.

                                       **/s/Susan Webber Wright**
                                       UNITED STATES DISTRICT JUDGE