# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| DAVID MACDONALD <br>        PLAINTIFF <br><br> V. <br><br> USAA SAVINGS BANK <br>        DEFENDANT | CASE NO.  4:18CV00811 SWW |

## CORRECTED ORDER OF DISMISSAL WITH PREJUJDICE

The order entered in this case on June 24, 2019 dismissed the case without prejudice, but the parties specifically stipulated to dismissal with prejudice.  *See* ECF No. 14.  Accordingly, the order dismissing the case without prejudice [ECF No. 15] is VACATED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 27TH DAY OF JUNE, 2019.

                                            /s/Susan Webber Wright <br>
                                        UNITED STATES DISTRICT JUDGE